CLERK'S OFFICE U.S. DIST. COUR
AT ROANOKE, VA
FILED

APR 26 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN SNODGRASS, JR., | ) | CASE NO. 7:16CV00091 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER |
| | ) | |
| CHRISTOPHER GILBERT, ET AL., | ) | By: Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1.  After <u>de novo</u> review of the evidence and a <u>de novo</u> determination of those portions of

    the report or specified proposed findings or recommendations to which plaintiff has made

    specific objection, pursuant to 28 U.S.C. § 636(b)(1), plaintiff's objections are

    **OVERRULED**, and the report and recommendation (ECF No. 80) is **ADOPTED** in its

    entirety;

2.  Based on the report and the additional findings and conclusions of the court in response

    to plaintiff's objections, **JUDGMENT** is entered for Defendants Gilbert, Kegley,

    Duncan, Raiford, Swiney, Adams, Barksdale, Hamilton, Washington, Still, Gallihar,

    Ponton, and Stewart, on plaintiff's claims that they conspired to retaliate against him for

    his litigation activities by delaying his progress in the step-down program;

3.  Defendants' oral motion to dismiss in part (ECF No. 73) is **DISMISSED** as moot.

4.  The order granting summary judgment (ECF No. 34) is **VACATED IN PART**, only as

    to plaintiff's claims that Defendants Gallihar, Gilbert, and Stewart delayed his progress

through the step-down program in retaliation for his exercise of his constitutional right to petition by filing informal complaints and grievances; and

5.  As to the claims described in Paragraph 3, the motion for summary judgment (ECF No. 21) is **DENIED**;

6.  This matter shall be and hereby is **REFERRED** to the Hon. Pamela Meade Sargent, United States Magistrate Judge for the Western District of Virginia, pursuant to 28 U.S.C. § 636(b)(1)(B), for further proceedings, including preparation of a report setting forth appropriate findings of fact, conclusions of law, and a recommended disposition for the remaining claims.

**ENTER**: This 26th day of April, 2018.

_____
Senior United States District Judge