# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KEVIN SNODGRASS, )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>CHRISTOPHER GILBERT, et al., )<br>    Defendants. )<br>    ) | Civil Action No. 7:16cv00091<br><br>**ORDER**<br><br>By: Hon. Pamela Meade Sargent<br>    United States Magistrate Judge |

An evidentiary hearing was held in this matter before the undersigned on July 17, 2018. This matter is before the undersigned for a Report and Recommendation on the plaintiff's remaining claim. To aid in the efficient consideration of the Report and Recommendation by the presiding District Judge, it is **ORDERED** that the court reporter shall prepare a transcript for the court of the evidentiary hearing held on July 17, 2018.

Copies of this Order will be certified to all counsel of record and to the unrepresented plaintiff.

**ENTERED:** July 25, 2018.

                               s/ *Pamela Meade Sargent*
                               UNITED STATES MAGISTRATE JUDGE